1   MILES D. SCULLY (SBN 135853)
    (mscully@gordonrees.com)
2   TIMOTHY K. BRANSON (SBN 187242)
    (tbranson@gordonrees.com)
3   GORDON & REES LLP
    101 W. Broadway, Suite 2000
4   San Diego, CA 92101
    Telephone: (619) 696-6700
5   Facsimile: (619) 696-7124

6   Attorneys for Defendant
    R.C. BIGELOW, INC.

7

8

9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  ALEX KHASIN, on behalf of himself and all others similarly situated, | CASE NO. CV12-02204-JSW |
| 15 | **CLASS ACTION** |
|                     Plaintiff, | |
| 16 | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
|       v. | |
| 17 | **FOR DEFENDANT R.C. BIGELOW, INC.; [PROPOSED] ORDER** |
| 18  R.C. BIGELOW, INC., | |
| 19                    Defendant. | |

-1-

-2-

PLEASE TAKE NOTICE THAT Defendant R.C. BIGELOW, INC. hereby substitutes Gordon & Rees LLP as its attorneys of record in this action in place of Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482, telephone number (415) 268-7000, facsimile number (415) 268-7522.

Withdrawing counsel for Defendant R.C. BIGELOW, INC are:

William Lewis Stern
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
415-268-7000
Fax: 415-268-7522
Email: wstern@mofo.com

William Francis Tarantino
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
415-268-7000
Fax: 415-268-7522
Email: wtarantino@mofo.com

Claudia Maria Vetesi
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
415-268-7000
Fax: 415-268-7522
Email: cvetesi@mofo.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant R.C. BIGELOW, INC.:

Miles D. Scully
Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
619-696-6700
Fax: 619-696-7124
Email: mscully@gordonrees.com

-2-

```
Timothy K. Branson
Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
619-696-6700
Fax: 619-696-7124
Email: tbranson@gordonrees.com
```

Dated: July 13, 2012                    GORDON & REES LLP

By: /s/ Timothy K. Branson
MILES D. SCULLY
TIMOTHY K. BRANSON
Attorneys for Defendant
R.C. BIGELOW, INC.

## CONSENT TO SUBSTITUTION

I consent to the above withdrawal and substitution of counsel.

Dated: July 13, 2012                    GUNN, GODFREY & ALLISON

By: /s/ David L. Godfrey
DAVID L. GODFREY
Counsel for R.C. BIGELOW, INC.

I consent to the above withdrawal and substitution of counsel.

Dated: July 13, 2012                    MORRISON & FOERSTER LLP

By: /s/ William L. Stern
WILLIAM LEWIS STERN
WILLIAM F. TARANTINO
CLAUDIA MARIA VETESI
Attorneys for Defendant
R.C. BIGELOW, INC.

-3-

## ECF ATTESTATION

I, Timothy K. Branson, am the ECF User whose ID and password are being used to file the following: **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT R.C. BIGELOW, INC.** In compliance with Civil Local Rule 5-1, I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: July 13, 2012              GORDON & REES LLP


                                  By: /s/ *Timothy K. Branson*
                                      TIMOTHY K. BRANSON


## ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: July 16, 2012              _____
                                  JUDGE OF THE UNITED STATES
                                  DISTRICT COURT

-4-