1 MILES D. SCULLY (SBN 135853)
(mscully@gordonrees.com)
2 TIMOTHY K. BRANSON (SBN 187242)
(tbranson@gordonrees.com)
3 GORDON & REES LLP
101 W. Broadway, Suite 2000
4 San Diego, CA 92101
Telephone: (619) 696-6700
5 Facsimile: (619) 696-7124

6 Attorneys for Defendant
R.C. BIGELOW, INC.
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 ALEX KHASIN, on behalf of himself and all others similarly situated, | CASE NO. CV12-02204-JSW |
| 13 | **CLASS ACTION** |
| Plaintiff, | |
| 14 | **STIPULATION RE: MOTION TO DISMISS BRIEFING AND HEARING SCHEDULE; CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| 15 v. | |
| 16 R.C. BIGELOW, INC., | |
| 17 Defendant. | [CIVIL L. R. 6-1, 16-2] |

19 Pursuant to Civil Local Rules 6-1 and 16-2, Plaintiff Alex Khasin, on behalf of himself
20 and all others similarly situated, and Defendant R. C. Bigelow, Inc. ("Bigelow") through their
21 undersigned counsel, hereby stipulate as follows:

22 WHEREAS, this action was filed in this Court on May 2, 2012;

23 WHEREAS, Bigelow was served with the summons and plaintiff's complaint (the
24 "Complaint") on May 18, 2012;

25 WHEREAS, on July 31, 2012, Bigelow filed a Motion to Dismiss, Or In The Alternative,
26 Motion to Strike the Complaint;

27 WHEREAS, on August 21, 2012, Plaintiff filed his Amended Complaint for Damages,

-1-

Equitable and Injunctive Relief ("Amended Complaint");

WHEREAS, Bigelow anticipates the filing of a motion to dismiss, or in the alternative, motion to strike the Amended Complaint, and the parties have stipulated and agreed to a briefing and hearing schedule for said motion, and have further stipulated and agreed to continue the Case Management Conference, currently scheduled for September 21, 2012, until after the hearing of said motion.

IT IS HEREBY STIPULATED AND AGREED by the parties, thought their counsel, that pursuant to Local Rule 6-1(a) and 16-2(e):

1. Bigelow's motion to dismiss, or in the alternative, motion to strike the Amended Complaint shall be due on or before **September 18, 2012**;

2. Plaintiff's opposition papers shall be due on or before **October 12, 2012**;

3. Bigelow's reply papers shall be due on or before **October 26, 2012**;

4. Bigelow's motion to dismiss, or in the alternative, motion to strike the Amended Complaint shall be heard on **November 9, 2012** at **9:00 a.m.**, and

5. The Case Management Conference, currently set for September 21, 2012, shall be continued to **December 14, 2012** at **1:30 p.m.**

Dated: August 30, 2012

MILES D. SCULLY
TIMOTHY K. BRANSON
GORDON & REES LLP

By: /s/ *Timothy K. Branson*
TIMOTHY K. BRANSON

Attorneys for Defendant
R.C. BIGELOW, INC.

Dated: August 30, 2012

BEN F. PIERCE GORE
PRATT & ASSOCIATES

By: /s/ *Ben F. Pierce Gore*
BEN F. PIERCE GORE

Attorney for Plaintiff

-2-

## ECF ATTESTATION

I, Timothy K. Branson, am the ECF User whose ID and password are being used to file the following: **STIPULATION TO EXTEND DEFENDANT R. C. BIGELOW'S TIME TO RESPOND TO THE COMPLAINT.** In compliance with Civil Local Rule 5-1, I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: August 30, 2012

                                  MILES D. SCULLY
                                  TIMOTHY K. BRANSON
                                  GORDON & REES LLP

By:   */s/ Timothy K. Branson*
        TIMOTHY K. BRANSON

## ORDER

PURSUANT TO STIPULATION, ~~IT IS SO ORDERED.~~ AS MODIFIED, IT IS SO ORDERED.

Dated: September 4, 2012

/s/ Jeffrey S. White
JUDGE OF THE UNITED STATES DISTRICT COURT

-3-