M.D. SCULLY (SBN 135853)
(mscully@gordonrees.com)
TIMOTHY K. BRANSON (SBN 187242)
(tbranson@gordonrees.com)
JONI M. BORZCIK (SBN 272690)
(jborzcik@gordonrees.com)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendant
R.C. BIGELOW, INC.

BEN F. PIERCE GORE (SBN 128515)
(pgore@prattattorneys.com)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone:  (408) 429-6506
Facsimile:  (408) 369-0752

Attorney for Plaintiff
ALEX KHASIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX KHASIN, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>R.C. BIGELOW, INC.,<br><br>　　　　　　Defendant. | CASE NO. CV12-02204-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: AMENDED BRIEFING SCHEDULE ON MOTION TO DISMISS AMENDED COMPLAINT (COURT CALENDAR NOT AFFECTED)**<br><br>Judge: Hon. Jeffrey S. White<br>Action Filed: May 2, 2012 |

/ / /

/ / /

-1-
STIPULATION AND [PROPOSED] ORDER RE: AMENDED BRIEFING SCHEDULE ON
MOTION TO DISMISS AMENDED COMPLAINT (COURT CALENDAR NOT AFFECTED)
CASE NO. CV12-02204-JSW

1   Pursuant to Civil Local Rules 6-1(a) and 16-2(e), and the Standing Orders of this Court,
2   Plaintiff Alex Khasin, on behalf of himself and all others similarly situated ("Plaintiff"), and
3   Defendant R.C. Bigelow, Inc. ("Defendant"), through their undersigned counsel, hereby move
4   and stipulate as follows:
5   WHEREAS, this action was filed in this Court on May 2, 2012;
6   WHEREAS, Defendant was served with the summons and Plaintiff's complaint (the
7   "Complaint") on May 18, 2012;
8   WHEREAS, on July 31, 2012, Defendant filed a Motion to Dismiss, Or In The
9   Alternative, Motion to Strike the Complaint;
10  WHEREAS, on August 21, 2012, Plaintiff filed his Amended Complaint for Damages,
11  Equitable and Injunctive Relief ("Amended Complaint");
12  WHEREAS, on September 18, 2012, Defendant filed a Motion to Dismiss, or in the
13  Alternative, Motion to Strike the Amended Complaint;
14  WHEREAS, on October 15, 2012, the Court struck Defendant's Motion, without
15  prejudice, for not seeking leave of court to file an oversized brief;
16  WHEREAS, on October 23, 2012, the parties filed a Joint Stipulation for Administrative
17  Relief to Exceed Page Limitations on Motion to Dismiss Amended Complaint;
18  WHEREAS, on October 26, 2012, the Court granted the parties' Motion for
19  Administrative Relief to Exceed Page Limitations on Motion to Dismiss Amended Complaint;
20  WHEREAS, on December 3, 2012, the Court granted the parties' Stipulated Motion to
21  Specially Set the Briefing and Hearing Schedule on Defendant's Motion to Dismiss, to be heard
22  on February 8, 2013, and Continue the Case Management Conference to March 8, 2013;
23  WHEREAS, in accordance with that Order, Defendant filed its Motion to Dismiss on
24  December 7, 2012, and Plaintiff filed his Opposition brief to Defendant's Motion to Dismiss on
25  January 11, 2013;
26  WHEREAS, based on foreseen and unforeseen circumstances, including Plaintiff's
27  Statement of Recent Decision of *Stengel v. Medtronics*, filed on January 15, 2013, to which
28  Defendant wishes to prepare or incorporate a response; other recent filings and court orders

directly relevant to these motions and possibly having precedential effect; and an unexpected court obligation by Defendants' counsel, the parties have stipulated and agreed to extend Defendant's time to file its reply papers in support of its Motions, previously stipulated to be due on January 18, 2013, to now be due on or before January 23, 2013, and maintain the Court's calendar as previously ordered.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that pursuant to Local Rules 6-1(a) and 16-2(e):

1. Defendant's reply papers, previously stipulated to be due on January 18, 2013, shall now be due on or before **January 23, 2013**;

2. Defendant's Motion to Dismiss, or in the Alternative, Motion to Strike the Amended Complaint, currently set for hearing on **February 8, 2013**, shall remain on the Court's calendar; and

3. The Case Management Conference, currently set for **March 8, 2013 at 1:30 p.m.**, shall remain on the Court's calendar.

IT IS SO STIPULATED.

Dated: January 17, 2013

M.D. SCULLY
TIMOTHY K. BRANSON
JONI M. BORZCIK
GORDON & REES LLP

By: /s/ *Joni M. Borzcik*
JONI M. BORZCIK

Attorneys for Defendant
R.C. BIGELOW, INC.

Dated: January 17, 2013

BEN F. PIERCE GORE
PRATT & ASSOCIATES

By: /s/ *Ben F. Pierce Gore*
BEN F. PIERCE GORE

Attorney for Plaintiff

/ / /

-3-
STIPULATION AND [~~PROPOSED~~] ORDER RE: AMENDED BRIEFING SCHEDULE ON
MOTION TO DISMISS AMENDED COMPLAINT (COURT CALENDAR NOT AFFECTED)
CASE NO. CV12-02204-JSW

# ECF ATTESTATION

I, Joni M. Borzcik, am the ECF User whose ID and password are being used to file the following: **STIPULATION RE: AMENDED BRIEFING SCHEDULE ON MOTION TO DISMISS AMENDED COMPLAINT.** In compliance with Civil Local Rule 5-1, I hereby attest that Ben F. Pierce Gore has concurred in this filing.

Dated: January 17, 2012                     TIMOTHY K. BRANSON
                                            GORDON & REES LLP


                                            By:   /s/ *Joni M. Borzcik*
                                                  JONI M. BORZCIK

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 18, 2013                     _____
                                            HON. JEFFREY S. WHITE
                                            JUDGE OF THE UNITED STATES
                                            DISTRICT COURT

ZRCAI/1081306/14545156v.1

-4-

STIPULATION AND [~~PROPOSED~~] ORDER RE: AMENDED BRIEFING SCHEDULE ON
MOTION TO DISMISS AMENDED COMPLAINT (COURT CALENDAR NOT AFFECTED)
CASE NO. CV12-02204-JSW