UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX KHASIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>R.C. BIGELOW, INC.,<br><br>Defendant. | CASE NO. CV12-02204-JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION ON AMENDED BRIEFING SCHEDULE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT; CONTINUANCE OF CASE MANAGEMENT CONFERENCE; REQUEST TO CONTINUE ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATIONS**<br><br>Judge: Hon. Jeffrey S. White<br>Action Filed: May 2, 2012 |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Bigelow's Motion to Dismiss, or in the Alternative, Motion to Strike the Second Amended Complaint shall be due on or before **April 4, 2013**;

2. Plaintiff's opposition papers shall be due on or before **May 3, 2013**;

3. Bigelow's reply papers shall be due on or before **May 17, 2013**;

4. Bigelow's Motion to Dismiss, or in the Alternative, Motion to Strike the Second Amended Complaint shall be heard on **May 31, 2013**, or on _____;

5. The Case Management Conference, currently set for May 17, 2013, shall be

-1-
[PROPOSED] ORDER

CASE NO. CV12-02204-JSW

1  continued to **May 31, 2013**, ~~or on~~ _____; and

2        6.    The Court's Order of October 26, 2012, which granted the parties' Motion for

3  Administrative Relief to Exceed Page Limitations on the Motion to Dismiss the Amended

4  Complaint shall apply to the upcoming briefs, in that Bigelow's Motion and Plaintiff's

5  Opposition brief shall not exceed 25 pages.

6

7  Dated: March 25, 2013              _____

8                                                              HON. JEFFREY S. WHITE

                                                            JUDGE OF THE UNITED STATES

                                                            DISTRICT COURT