United States District Court
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT

7                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    ALEX KHASIN,

10              Plaintiff,                        No. C 12-02204 JSW

11        v.

12   R.C. BIGELOW, INC.,                          **ORDER VACATING HEARING
                                                  AND CASE MANAGEMENT**
13              Defendant.                        **CONFERENCE**
     _____/
14

15        Now before the Court is the motion to dismiss filed by Defendant.  The Court finds that

16   this matter is appropriate for disposition without oral argument and is deemed submitted.  *See*

17   N.D. Cal. Civ. L.R. 7-1(b).  Accordingly, the hearing set for May 31, 2013 is hereby

18   VACATED.  The Court shall issue a ruling in due course.

19        The Court FURTHER ORDERS that the case management conference set for May 31,

20   2013 is VACATED.  The Court will reset the case management conference in the order

21   resolving the pending motion to dismiss.

22        **IT IS SO ORDERED.**

23

24   Dated: May 29, 2013

25                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
26
27
28