UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALEX KHASIN,<br><br>        Plaintiff,<br><br>    v.<br><br>R. C. BIGELOW, INC.,<br><br>        Defendant. | Case No. 12-cv-02204-WHO<br><br>**ERRATA ON ORDER DENYING RECONSIDERATION**<br><br>Re: Dkt. No. 108 |
|---|---|

There is a mistaken citation in the above-referenced Order that I now correct. At the end of the paragraph on page 4, line 20, the citation is to *Astiana v. Kashi Co*, 291 F.R.D. at 506, not *Astiana*, 2014 WL 60097*12. The Order is otherwise unchanged.

**IT IS SO ORDERED**.

Dated: September 21, 2015



WILLIAM H. ORRICK
United States District Judge