UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX KHASIN, | CASE NO. CV12-02204-WHO |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| R.C. BIGELOW, INC., | |
| Defendant. | CIVIL L.R. 6-2, 7-12, 16-2 |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference scheduled for May 17, 2016 shall be postponed until June 15, 2016, the date on which the Court may hear oral argument on Bigelow's Motion for Summary Judgment.

Dated: May 5, 2016

_____
JUDGE OF THE UNITED STATES DISTRICT COURT