1  M.D. SCULLY (SBN 135853)
   (mscully@gordonrees.com)
2  TIMOTHY K. BRANSON
   (tbranson@gordonrees.com)
3  JONI B. FLAHERTY (SBN 272690)
4  (jflaherty@gordonrees.com)
   GORDON & REES LLP
5  101 W. Broadway Suite 2000
   San Diego, CA  92101
6  Telephone:  (619) 696-6700
7  Facsimile:  (619) 696-7124

8  *Attorneys for Defendant*
   R.C. BIGELOW, INC.
9

10 Ben F. Pierce Gore (SBN 128515)
   PRATT & ASSOCIATES
11 1871 The Alameda, Suite 425
   San Jose, CA 95126
12 Telephone:  (408) 369-0800
   Fax:  (408) 369-0752
13 pgore@prattattorneys.com

14 J. Price Coleman (*Pro Hac Vice*)
   (colemanlawfirmpa@bellsouth.net)
15 Coleman Law Firm
16 1100 Tyler Avenue, Suite 102
   Oxford, MS 38655
17 Telephone: (662) 236-0047
   Facsimile: (662) 513-0072
18

19 *Attorneys for Plaintiff*
   ALEX KHASIN

20                  UNITED STATES DISTRICT COURT
21                  NORTHERN DISTRICT OF CALIFORNIA
22                       SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX KHASIN, individually and on behalf of all other similarly situated, | Case No. 3:12-cv-02204-WHO |
| Plaintiff,<br>vs. | **STIPULATION RE: CASE MANAGEMENT CONFERENCE; ORDER** |
| R.C. BIGELOW, INC.,<br>Defendant | Judge:  Hon. William H. Orrick<br>Action Filed: May 2, 2012 |

1  Pursuant to Civil Local Rules Plaintiff Alex Khasin, on behalf of himself and all others
2  similarly situated ("Plaintiff"), and Defendant R.C. Bigelow, Inc. ("Bigelow"), through their
3  undersigned counsel, hereby move and stipulate as follows:

4  WHEREAS, a case management conference is scheduled for July 19, 2016;

5  WHEREAS, A hearing on Defendant's Motion for Summary Judgment is scheduled for
6  August 10, 2016.

7  WHEREAS, discovery is closed and until the hearing on the Motion for Summary Judgment
8  there is no need coordinate any other activities in the case and to save resources of the parties,
9  counsel and the Court the parties agree that the Case Management Conference should be rescheduled
10 for August 10, 2016 to coincide with the hearing on Defendant's Motion for Summary Judgment.

11 IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel that
12 the Case Management Conference is rescheduled for August 10, 2016.

13 IT IS SO STIPULATED.

Dated:  July 12, 2016

MILES D. SCULLY
TIMOTHY K. BRANSON
JONI B. FLAHERTY
GORDON & REES LLP

Respectfully submitted,

 /s/ *Joni B. Flaherty*
JONI B. FLAHERTY
Attorneys for Defendant
R.C. BIGELOW, INC.

Dated:  July 12, 2016

PRATT & ASSOCIATES

 /s/ *Ben F. Pierce Gore*
BEN F. PIERCE GORE
Attorneys for Plaintiff
ALEX KHASIN

### ECF ATTESTATION

I, Ben F. Pierce Gore, am the ECF User whose ID and password are being used to file the following: STIPULATION RE: AMENDED PRE-TRIAL AND TRIAL SCHEDULE

In compliance with Civil Local Rule 5-1(i), I hereby attest that the signatories above have

1  concurred in this filing.

2  Dated: July 12, 2016                                By:   */s/ Ben F. Pierce Gore*
3                                                            BEN F. PIERCE GORE
                                                              Attorney for Plaintiff

5                              **ORDER**

6         PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  DATED:  July 12, 2016                              By:   [signature]
9                                                           WILLIAM H. ORRICK
                                                             United States District Judge

-2-
STIPULATION RE: CASE MANAGEMENT CONFERENCE
Case Number: 3:13-CV-02204-WHO