UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 10, 2016 | **Time:** 3 minutes<br>2:17 p.m. to 2:20 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 12-cv-02204-WHO<br>and 13-cv-2976-WHO | **Case Name:** Khasin v. R.C. Bigelow, Inc. and Victor v. R.C. Bigelow, Inc. | |

**Attorney for Plaintiff:** Pierce Gore
**Attorney for Defendant:** Joni B. Flaherty

**Deputy Clerk:** Jean Davis          **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

The Court announces the intention to grant the motion to dismiss without further leave to amend. Counsel waive further argument. Given the anticipated dismissal of the case, the scheduled case management conference is unnecessary.